**Opinion issued September 24, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00176-CR

———————————

**RUSSELL POPE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law Number 3**
**Harris County, Texas**
**Trial Court Cause No. 1967710**

---

## MEMORANDUM OPINION

Appellant, Russell Pope, has filed a motion to dismiss the appeal. The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).